No. 84–5780.   GADOMSKI *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied. ▄

No. 84–5787.   VERTIN *v.* KOEHLER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 84–5788.   ROSS *v.* DELAWARE.   Sup. Ct. Del.   Certiorari denied.

No. 84–5789.   SELLNER *v.* HANDGUN PERMIT REVIEW BOARD. Ct. Sp. App. Md.   Certiorari denied.

No. 84–5791.   BANKS *v.* MCGINNIS, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–5798.   DEMORAN *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 84–5799.   KRUPP *v.* O'LONE, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5806.   DAY *v.* SUPREME COURT OF TEXAS ET AL.   Ct. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 84–5807.   KANE *v.* BAER, CHAIRMAN, UNITED STATES PAROLE COMMISSION, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5809.   BAIRD *v.* PETERSON ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 84–5810.   BROWN *v.* YOUNG ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5813.   CREWS *v.* DISTRICT ATTORNEY OF COMMON PLEAS COURT FOR WASHINGTON COUNTY, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5815.   MAHLER *v.* WARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–5823.   WOOD *v.* GARLAND ET AL.   C. A. 4th Cir.   Certiorari denied.